| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>BENJAMIN A. STANZIALE, JR., TRUSTEE<br>29 Northfield Avenue, Suite 201<br>West Orange, NJ 07052<br>Chapter 7 Trustee | Order Filed on December 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>NIGEL MONTECILLO<br>VILMA MONTECILLO<br><br>               Debtors. | Case No. : 17-22147-RG<br><br>Chapter 7<br><br>Judge: Rosemary Gambardella |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: December 19, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**
Debtor: MONTECILLO, NIGEL J. and MONTECILLO, VILMA C.
Case No.: 17-22147-RG
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is hereby

**ORDERED** that the sum of $2,000.00 is reasonable compensation for the services in this case by Benjamin A. Stanziale, Jr., trustee, that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, and it is further

**ORDERED** that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and it is further

**ORDERED** that such sums are awarded to the Trustee.