| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>BENJAMIN A. STANZIALE, JR., TRUSTEE<br>29 Northfield Avenue**,** Suite 201<br>West Orange, NJ 07052<br>Chapter 7 Trustee | Order Filed on December 19, 2018<br>by Clerk<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>NIGEL MONTECILLO<br>VILMA MONTECILLO<br><br>                Debtors. | Case No. : 17-22147-RG<br><br>Chapter 7<br><br>Judge: Rosemary Gambardella |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: December 19, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**
Debtor: MONTECILLO, NIGEL J. and MONTECILLO, VILMA C.
Case No.: 17-22147-RG
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is hereby

**ORDERED** that the sum of $2,000.00 is reasonable compensation for the services in this case by Benjamin A. Stanziale, Jr., trustee, that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, and it is further

**ORDERED** that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and it is further

**ORDERED** that such sums are awarded to the Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Nigel J. Montecillo
Vilma C. Montecillo
    Debtors

Case No. 17-22147-RG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 20, 2018
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
db/jdb        +Nigel J. Montecillo,    Vilma C. Montecillo,    35 Bobolink Court,    Wayne, NJ 07470-2065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
            Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
            Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
             trustee@stanzialelaw.com, nj45@ecfcbis.com
            Daniel Heinkel    on behalf of Creditor    Stonebridge at Wayne Homeowners Association, Inc.
             dheinkel@cmsllc.law
            Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Ralph A Ferro, Jr    on behalf of Joint Debtor Vilma C. Montecillo ralphferrojr@msn.com
            Ralph A Ferro, Jr    on behalf of Debtor Nigel J. Montecillo ralphferrojr@msn.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
            William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for
             Bank of America, N.A. ecf@powerskirn.com
                                                                                                        TOTAL: 9