Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–22147–RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nigel J. Montecillo  
35 Bobolink Court  
Wayne, NJ 07470  

Vilma C. Montecillo  
35 Bobolink Court  
Wayne, NJ 07470  

Social Security No.:
  xxx–xx–2636                              xxx–xx–4333

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Benjamin A. Stanziale Jr. is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 16, 2019</u>           <u>Rosemary Gambardella</u>
                                       Judge, United States Bankruptcy Court